UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S. S.,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND US ATTORNEY GENERAL, et al.,<br><br>Defendants. | Case No. 26-cv-00852-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____

PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California